UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE RICHARD K. EATON, SR., JUDGE

| | |
|---|---|
| WIRECO WORLDGROUP, INC.; WEBER, INC.; NEW VIEW GIFTS & ACCESSORIES LTD.; MAGNEXT, LTD.; ROSE BRAND WIPERS, INC.; LTS LOHMANN THERAPY SYSTEMS, CORP.; LTS THERAPY SYSTEMS, LLC; RENAISSANCE SSP HOLDINGS, INC.; AND RENAISSANCE LAKEWOOD, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA,<br><br>Defendants. | Court No. 25-00840 |

**MOTION TO LIFT STAY AND FOR ISSUANCE OF ORDER CLARIFYING REFUNDS**

Plaintiff Weber, Inc., by and through its attorneys, hereby moves for the issuance of an order lifting the stay on further proceedings in this matter and for the issuance of an order clarifying the issuance of refunds.

**Statement of Facts**

On December 19, 2025, Plaintiff Weber, Inc. ("Weber") filed its court case challenging the constitutionality of the IEEPA duties imposed on imports. Weber Inc. imported merchandise and paid IEEPA duties on merchandise flagged for reconciliation under Type 01. The entries were subsequently reconciled and a new entry was opened under Type 09. The Type 09 entry allows

importers to finalize or update specific elements of its entry that could not be finalized at the time of entry. All of Weber's Type 09 entries on which IEEPA duties were paid have been reconciled and some have liquidated by the U.S. Customs and Border Protection ("CBP").

On December 23, 2025, the Court stayed the current proceedings per Administrative Order 25-02, pending resolution of the issues before the Courts.

On February 20, 2026 the U.S. Supreme Court issued its opinion finding that the IEEPA duties were unlawful holding that "IEEPA does not authorize the President to impose tariffs." *Learning Resources, Inc. v. Trump*, No. 24-1287, slip op. at 20 (U.S. Feb. 20, 2026) (affirming *V.O.S. Selections, Inc. v. Trump*, 149 F.4th 1312 (Fed. Cir. 2025)).

In response to the decision of the Supreme Court, the Court of International Trade has issued an ongoing series of orders directing that CBP refund such IEEPA duties.

On April 20, 2026 the U.S. Customs Service launched the CAPE system, setting up a still evolving administrative mechanism for the issuance of refunds. Phase 1 of the CAPE system, launched on April 20, 2026 was designated for unliquidated entries. Phase II of the CAPE system was launched on June 29, 2026 and applied to entry types 01,02, and 06 where a corresponding reconciliation entry (Type 09) has not yet been filed. Entries that have a reconciliation entry on file under Type 09 are excluded from Phase 2 and reserved for a future phase. CBP has not yet announced when importers can apply for IEEPA refunds paid on Type 09 entries.. It is unclear whether or not such duties will be refunded prior to liquidation and following liquidation.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays that the Court grant the following relief:

a. Lift the Stay of further proceedings for this matter;

b. Issue an order clarifying that all IEEPA duties collected on Type 09 entries are unlawful

and must be refunded;

c. Issue an order directing U.S. Customs and Border Protection to implement a further phase in CAPE providing for the immediate refund of IEEPA duties collected on Type 09 entries for both liquidated and unliquidated entries.

d. Grant any such other relief as this Court may deem just or proper.

Respectfully submitted,

*/s/ Lizbeth R. Levinson*
LIZBETH R. LEVINSON
FOX ROTHSCHILD LLP
2020 K Street NW, Suite 500
Washington, DC 20006
Tel: (202) 794-1182
llevinson@foxrothschild.com
*Counsel to Plaintiff Weber, Inc.*

November 23, 2026